UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS,<br><br>           Plaintiff,<br><br>    v.<br><br>OWENS-ILLINOIS, INC.,<br><br>           Defendants. | No.  1:19-cv-01707-DAD-JLT<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 16) |

Plaintiff Association of Irritated Residents asserts in this action that violations of the federal Clean Air Act occurred at a glass manufacturing plant located in Tracy, California.  (Doc. No. 1.)  Plaintiff's complaint names Owens-Illinois, Inc. as the defendant and asserts that defendant owns and operates the Tracy plant.  (*Id.*)  On April 1, 2020, plaintiff filed a motion to amend the complaint to identify Owens-Brockway Glass Container, Inc. as the only defendant and true owner and operator of the Tracy plant.  (Doc. No. 8.)  Plaintiff also seeks to have the bankruptcy stay, imposed when Paddock Enterprises, LLC filed for bankruptcy under Chapter 11, be lifted.  (*Id.*)

On April 30, 2020, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's requests for leave to file the first amended complaint and for the lifting of the stay be granted.  (Doc. No. 16 at 7.)  The parties were given fourteen (14) days to

file objections.  (*Id.*)  To date, no objections have been filed and the time period for doing so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations dated April 30, 2020 (Doc. No. 16) are adopted in full;
2. Plaintiff's motion for leave to file the first amended complaint and the lifting of the stay (Doc. No. 8) is granted;
3. Plaintiff shall file the first amended complaint within five (5) days of the date of service of this order; and
4. The bankruptcy stay (Doc. No. 6) is lifted.

IT IS SO ORDERED.

Dated:   **June 4, 2020**

UNITED STATES DISTRICT JUDGE

2